IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF ARKANSAS
ELDORADO DIVISION

RICKY MCCOY, #38667-048                                                  PETITIONER

v.                              Case No. 07-1038

PAUL KASTNER, Warden, F.C. I.                                            RESPONDENTS
Texarkana, Texas, and
DUSTIN McDANIEL, Attorney
General for the State of Arkansas[1]

### ORDER

Came on for consideration RICKY McCOY's Petition for Writ of Habeas Corpus pursuant Title 28 U.S.C. §2254, and Petitioner's Application to Proceed Without Prepayment of Fees. Having reviewed the Petition and the Application, the Court is of the opinion that the Petitioner should be allowed to proceed *in forma pauperis.*

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus be filed *nunc pro tunc* as of March 29, 2007, and further the Application to Proceed Without Prepayment of Fees is **GRANTED**, and Petitioner is allowed to proceed *in forma pauperis.*

**IT IS FURTHER ORDERED**, the United States Marshal is directed to serve a copy of the petition on the Respondents, Paul Kastner, Warden of the Federal Correctional Institute, Texarkana, Texas, and Dustin McDaniel, the Attorney General of the State of Arkansas, without prepayment of fees and costs or security therefor. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, Respondents, are ordered to respond to the petition within twenty (20) days from the date of service.

**SIGNED** this 30th day of April, 2007.

WESTERN DISTRICT ARKANSAS
FILED
MAY 07 2007
CHRIS R. JOHNSON, CLERK

HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] Rule 2(b) of the Rules Governing Section 2254 Cases requires that the Attorney General of the state imposing the judgment at issue be named as a respondent.