IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


RICKY McCOY                                                                                      PETITIONER


VS.                                            CASE NO. 07-CV-1038


RAUL KASTNER, Warden,
FCI-Texarkans, Texas, and
DUSTIN McDANIEL, State
of Arkansas Attorney General                                                     RESPONDENTS


## ORDER

Before the Court is the Report and Recommendation filed on January 22, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 23).  Ten (10) days have passed without objection being filed by the parties.  The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

The Court finds that the Petitioner's Petition for Writ of *Habeas Corpus* filed in this Court was timely filed.  Accordingly, the Court finds that the Respondents' request to have the instant Petition dismissed as untimely should be and hereby is **denied**.  Respondents are hereby given twenty (20) days from the date of this Order in which to respond to the Petitioner's claims on the merit, including but not limited to, raising the issue of procedural default.

IT IS SO ORDERED, this 19th day of February, 2008.


    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge