IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICKY McCOY                                                                      PETITIONER

VS.                                       CASE NO. 07-CV-1038

RAUL KASTNER, Warden,
FCI-Texarkans, Texas, and
DUSTIN McDANIEL, State
of Arkansas Attorney General                                                     RESPONDENTS

## ORDER

Before the Court is the Report and Recommendation filed on May 27, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 32).  Ten (10) days have passed without objection being filed by the parties.  The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

The Court finds that the claims presented in Petitioner's pending Petition for Writ of *Habeas Corpus* are procedurally defaulted, as they were never properly presented to the Arkansas appellate courts for review.  Accordingly, the petition should be and hereby is **denied** and **dismissed with prejudice**.

IT IS SO ORDERED, this 16th day of June, 2008.

                                                  /s/Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge